

# NUMBER 13-18-00321-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ORLANDO CAMPOS,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

---

### On appeal from the 156th District Court
### of Bee County, Texas.

---

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

Appellant, Orlando Campos appearing *pro se*, appeals the trial court's order dated May 29, 2018 denying his post-conviction motion for forensic DNA testing under Chapter 64 of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. arts. 64.01-.05. This cause was previously abated because appellant had not been provided with a copy of the clerk's record regarding appellant's motion for post-conviction DNA

testing.   Upon notification the clerk's record was delivered to appellant, this cause was reinstated and appellant was notified the brief was due on April 8, 2019.[1]

On April 30, 2019, the Clerk of the Court notified appellant that the brief had not been filed and requested a response concerning the failure to file the brief within ten days. Appellant has not responded to the notice.   Accordingly, we now ABATE this appeal and REMAND the cause to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure.   The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal.   *See* Tex. R. App. P. 38.8(b)(2), (3).

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record.   Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared.   The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
30th day of May, 2019.

---

[1] There is no court reporter's record regarding appellant's motion for post-conviction DNA testing.

2